UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMAD KHOLBEKOV, ADIL ERBABAEV, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br>- against –<br><br>AT HOME SOLUTIONS, LLC.<br>                              Defendant. | 16-cv-7162 (RRM) (SMG)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law and the Declaration of Gennadiy Naydenskiy and exhibits attached thereto, Named Plaintiffs Ahmad Kholbekov and Adil Erbabaev, without opposition from Defendant AT HOME SOLUTIONS, LLC., will move this Court, before The Honorable Steven M. Gold, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time set at the Court's earliest convenience, to respectfully request an order granting preliminary approval of the proposed class action Settlement Agreement and Release reached by the parties in this action.

Dated: June 27, 2017

                                        NAYDENSKIY LAW GROUP, P.C.

                                        _____s/_____
                                        Gennadiy Naydenskiy (GN5601)
                                        1517 Voorhies Ave, 2nd Fl.
                                        Brooklyn, NY 11235
                                        (718) 808-2224
                                        naydenskiylaw@gmail.com
                                        *Attorney for Plaintiffs and Class Members.*