UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMAD KHOLBEKOV, ADIL ERBABAEV, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br>- against –<br><br>AT HOME SOLUTIONS, LLC.<br>         Defendant. | 16-cv-7162 (SMG)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that pursuant to the Court's order dated January 23, 2018, Named Plaintiff Ahmad Kholbekov and Adil Erbabaev (together referred to as, "Plaintiffs"), on behalf of those similarly situated, in a motion unopposed by Defendant At Home Solutions, LLC., will move this Court, before The Honorable Steven M. Gold, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on May 2, 2018 at 2:30 p.m., to respectfully request an order granting Plaintiffs' Unopposed Motion for Final Approval of Settlement and Payment of Service Awards.

Dated: April 18, 2018

                NAYDENSKIY LAW FIRM LLC

                _____s/_____
                Gennadiy Naydenskiy (GN5601)
                281 Summerhill Rd, Suite 210
                East Brunswick, NJ, 08816
                (718) 808-2224
                naydenskiylaw@gmail.com
                *Attorney for Plaintiffs and Class Members.*