UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMAD KHOLBEKOV, ADIL ERBABAEV, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br>- against –<br><br>AT HOME SOLUTIONS, LLC.<br>                  Defendant. | 16-cv-7162 (SMG) |

**NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF
ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, the Declaration of Gennadiy Naydenskiy in Support of Plaintiffs' Motions for Certification of the Settlement Class, Final Approval of the Class Action Settlement, Approval of Attorneys' Fees and Reimbursement of Expenses, and Service Payments and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) awarding Class Counsel attorneys' fees of one-third of the Settlement Amount minus expenses ($44,660);

(2) awarding $520 for reimbursement of the actual litigation costs and expenses incurred by Class Counsel; and

(3) granting such other, further, or different relief as the Court deems just and proper.

Dated: April 18, 2018

                                                                  NAYDENSKIY LAW FIRM LLC

                                                                   _____s/_____
                                                                   Gennadiy Naydenskiy (GN5601)
                                                                   281 Summerhill Rd, Suite 210
                                                                   East Brunswick, NJ, 08816
                                                                   (718) 808-2224
                                                                   naydenskiylaw@gmail.com
                                                                   *Attorney for Plaintiffs and Class Members.*